IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

4:16-CV-258-D

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF NORTH CAROLINA EX REL. SHELLEY BANDY, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT M. WILLIAMS, JR., *individually*, MEDICAL PARK PHARMACY, INC.; MEDICAL PARK PHARMACY EAST, INC.; MEDICAL PARK PHARMACY GREENVILLE, INC.; MEDICAL PARK PHARMACY NEWPORT, INC.; MEDICAL PARK PHARMACY WASHINGTON, INC.; COASTAL CARE PHARMACY, INC.; and RICHARD STEPHENS, *individually*, <br><br> Defendants. | ORDER <br><br> (FILED UNDER SEAL) |

The United States and the State of North Carolina (collectively, "the Government") having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. This case be unsealed.

2. Any and all memorandums in support of motions for extension of time for election to intervene (specifically D.E. 11, 12, 18, 21, 24, 27, 31, and 34) remain under seal and not be made public or served upon the defendants;

3. The seal be lifted as to all other matters occurring in this action after the date of this order.

So ORDERED this **26** day of May, 2021.

                                         /s/ Dever
                                      JAMES C. DEVER III
                                         United States District Judge